UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFF BAILEY, WILLIAM KING, JR., PLUMBERS AND STEAMFITTERS LOCAL UNION 43 HEALTH AND WELFARE FUND, PLUMBERS AND STEAMFITTERS LOCAL UNION 43 PENSION TRUST, and PLUMBERS AND STEAMFITTERS LOCAL UNION 43 ANNUITY FUND,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD'S PLUMBING AND UTILITIES, LLC, and TRACEY ARNOLD,<br><br>  Defendants. | Civil Action No. 3:22-cv-00682<br><br>*Judge William L. Campbell, Jr.*<br>*Magistrate Judge Jeffery S. Frensley* |

## ORDER

Pending before the Court is Plaintiffs' Notice of Voluntary Dismissal without Prejudice. (DE 21). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
HON. WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

  /s/ R. Jan Jennings
R. Jan Jennings, BPR No. 1536
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel.: (615) 254-8801
Email: janj@bsjfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via United States First-Class Mail to:

| | |
|---|---|
| Arnolds Plumbing & Utilities, LLC | Tracey Arnold |
| Tracey Arnold, Registered Agent | Arnolds Plumbing & Utilities, Inc. |
| 1117 Boss Road | 1117 Boss Road |
| Chickamauga, Georgia 30707 | Chickamauga, Georgia 30707 |

This 27th day of March 2023.

                                        /s/ R. Jan Jennings
                                        R. Jan Jennings